# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

          Chapter 13

          Bankruptcy No. 20-11352-AMC

CHRISTOPHER  DAHME
MARTINE  DAHME
20 N. MALIN ROAD

BROOMALL, PA 19008-

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    CHRISTOPHER  DAHME
    MARTINE  DAHME
    20 N. MALIN ROAD

    BROOMALL, PA 19008-

Counsel for debtor(s), by electronic notice only.

    PAUL H YOUNG
    3554 HULMEVILLE RD
    SUITE 102
    BENSALEM, PA 19020-

Date: 1/12/2021

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee