United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-11352-amc |
| Christopher Dahme | Chapter 13 |
| Martine Dahme | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Feb 16, 2021 | Form ID: 155 | Total Noticed: 44 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 18, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Christopher Dahme, Martine Dahme, 20 N. Malin Road, Broomall, PA 19008-1807 |
| 14504122 | + | Bank of Missouri, PO Box 89725, Sioux Falls, SD 57109-9725 |
| 14477113 | + | Ccs/first National Ban, 500 East 60th St North, Sioux Falls, SD 57104-0478 |
| 14477114 | + | Collins Asset Group, Po Box 163614, Austin, TX 78716-3614 |
| 14501742 | + | Collins Asset Group LLC., Bass & Associates, P.C., 3936 E. Ft. Lowell Rd., Suite 200, Tucson, AZ 85712-1083 |
| 14496597 | + | FREEDOM MORTGAGE CORPORATION, Bankruptcy Department,, 10500 KINCAID DRIVE, FISHERS IN 46037-9764 |
| 14558042 | + | FREEDOM MORTGAGE CORPORATION, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14477118 | + | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 14477119 | + | Freedom Mortgage Corp, 907 Pleasant Valley Ave, Mount Laurel, NJ 08054-1210 |
| 14485344 | | Freedom Mortgage Corporation, C/o Mario J. Hanyon, Esq., 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 14477120 | + | Lendingpoint Llc, 1201 Roberts Boulevard, Kennesaw, GA 30144-3612 |
| 14477121 | | Lvnv Funding Llc, C/o Resurgent Capital Services, Greenville, SC 29602 |
| 14477122 | + | Mariner Finance, 8211 Town Center Dr, Nottingham, MD 21236-5904 |
| 14477124 | + | Midland Credit Managem, 320 East Big Beaver, Troy, MI 48083-1238 |
| 14497279 | + | Midland Credit Management, Inc., Po Box 2037, Warren MI 48090-2037 |
| 14496067 | + | Midland Credit Management, Inc. as agent for, Asset Acceptance LLC, Po Box 2036, Warren MI 48090-2036 |
| 14477128 | + | Tbom/atls/fortiva Mc, Po Box 105555, Atlanta, GA 30348-5555 |
| 14477129 | + | Tbom/total Crd, Po Box 85710, Sioux Falls, SD 57118-5710 |
| 14477130 | + | Td Bank Usa/targetcred, Po Box 673, Minneapolis, MN 55440-0673 |
| 14477131 | + | The Bureaus Inc, 650 Dundee Road, Northbrook, IL 60062-2747 |
| 14538052 | | Township of Marple, 227 S. Sproul Road, Broomall, PA 19008-2397 |
| 14477132 | + | Trident Asset Manageme, 10375 Old Alabama Road Co, Alpharetta, GA 30022-1122 |

TOTAL: 22

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14477110 | + | Email/Text: bk@avant.com | Feb 17 2021 05:39:00 | Avant Llc/web Bank, 222 N. Lasalle St, Chicago, IL 60601-1003 |
| 14495880 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 17 2021 05:09:17 | Bureaus Investment Group Portfolio No 15 LLC, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14477111 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Feb 17 2021 05:00:59 | Capital One, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 14477112 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Feb 17 2021 05:17:54 | Capital One Bank Usa N, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 14501317 | + | Email/Text: bankruptcy@cavps.com | Feb 17 2021 05:39:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14477115 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Feb 17 2021 05:39:00 | Credit Coll, Po Box 710, Norwood, MA 02062-0710 |
| 14479804 | | Email/Text: mrdiscen@discover.com | Feb 17 2021 05:39:00 | Discover Bank, Discover Products Inc, PO Box |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 3025, New Albany, OH 43054-3025 |
| 14477116 | + | Email/Text: mrdiscen@discover.com | Feb 17 2021 05:39:00 | Discover Fin Svcs Llc, Pob 15316, Wilmington, DE 19850-5316 |
| 14477117 | + | Email/Text: bknotice@ercbpo.com | Feb 17 2021 05:39:00 | Enhanced Recovery Co L, Po Box 57547, Jacksonville, FL 32241-7547 |
| 14479670 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 17 2021 05:01:11 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14487606 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 17 2021 05:09:17 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14477123 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 17 2021 05:01:06 | Merrick Bank Corp, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 14477125 | + | Email/Text: mmrgbk@miramedrg.com | Feb 17 2021 05:39:00 | Miramedrg, 360 E. 22nd Street, Lombard, IL 60148-4924 |
| 14480879 | + | Email/PDF: cbp@onemainfinancial.com | Feb 17 2021 05:09:11 | Onemain, PO Box 3251, Evansville, IN 47731-3251 |
| 14477126 | + | Email/PDF: cbp@onemainfinancial.com | Feb 17 2021 05:01:02 | Onemain, Po Box 1010, Evansville, IN 47706-1010 |
| 14495462 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 17 2021 05:09:16 | Orion Portfolio Services II, LLC, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14497845 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 17 2021 05:18:05 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14494621 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Feb 17 2021 05:39:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14487738 | | Email/Text: bnc-quantum@quantum3group.com | Feb 17 2021 05:39:00 | Quantum3 Group LLC as agent for, Velocity Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14477127 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 17 2021 05:00:58 | Syncb/care Credit, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 14501220 | + | Email/Text: bncmail@w-legal.com | Feb 17 2021 05:39:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14490759 | + | Email/Text: documentfiling@lciinc.com | Feb 17 2021 05:39:00 | Tea Olive, LLC, PO BOX 1931, Burlingame, CA 94011-1931 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14495452 | *+ | Mariner Finance, LLC, 8211 Town Center Drive, Nottingham, MD 21236-5904 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains**

**the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 18, 2021         Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 16, 2021 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| DENISE ELIZABETH CARLON | on behalf of Creditor Freedom Mortgage Corporation bkgroup@kmllawgroup.com |
| JEROME B. BLANK | on behalf of Creditor Freedom Mortgage Corporation paeb@fedphe.com |
| MARIO J. HANYON | on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com wbecf@brockandscott.com |
| PAUL H. YOUNG | on behalf of Joint Debtor Martine Dahme support@ymalaw.com ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com |
| PAUL H. YOUNG | on behalf of Debtor Christopher Dahme support@ymalaw.com ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Freedom Mortgage Corporation bkgroup@kmllawgroup.com |
| THOMAS YOUNG.HAE SONG | on behalf of Creditor Freedom Mortgage Corporation paeb@fedphe.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | on behalf of Trustee WILLIAM C. MILLER Esq. ecfemails@ph13trustee.com, philaecf@gmail.com |
| WILLIAM C. MILLER, Esq. | ecfemails@ph13trustee.com philaecf@gmail.com |

TOTAL: 10

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Christopher Dahme and Martine Dahme

    Debtor(s)

Chapter: 13

Bankruptcy No: 20−11352−amc

___

### ORDER CONFIRMING PLAN UNDER CHAPTER 13

AND NOW, this February 16, 2021 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

Ashely M. Chan
Judge ,
United States Bankruptcy Court

50 − 16
Form 155