## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                              :          CHAPTER 13

Christopher Dahme                   :
Martine Dahme
        Debtor                      :          CASE NO. 20-11352  (AMC)

                                    :

### PRAECIPE TO CHANGE THE MAILING ADDRESS FOR TRUSTEE
### DISBURSEMENTS ON CLAIM #27

Please change the mailing address for trustee disbursements on claim #27 in the amount of $2,328.87 to:

Portnoff Law Associates, Ltd.
P.O. Box 3020
Norristown, PA 19404-3020

**PORTNOFF LAW ASSOCIATES, LTD.**

By: /s/ James R. Wood, Esquire
    James R. Wood, Esquire
    2700 Horizon Drive, Ste 100
    King of Prussia, PA 19406
    (484) 690-9341
    (484) 690-9301 (facsimile)
    Attorney for Township of Marple