| UNITED STATES BANKRUPTCY COURT<br>EASTERN DISTRICT OF PENNSYLVANIA | |
|---|---|
| Name of Debtor(s) listed on the bankruptcy case<br>In re:<br>Christopher Dahme<br>Martine Dahme | CASE NO.: 20-11352<br>CLAIM NO.: 14 |
| | **CHANGE OF MAILING ADDRESS** |

1. This change of mailing address is requested by :  ☐ Debtor  ☐ Joint-Debtor  ☒ Creditor

2. **Old Address:**
   Name(s): Orion Portfolio Services, LLC
   Mailing Address: PO Box 41031
   City, State, Zip Code: Norfolk VA 23541

3. **New Address:**
   Mailing Address: 10375 Old Alabama Rd Conn, Suite 302
   City, State, Zip Code: Alpharetta, GA  30022

Date: 08/11/2023

Valerie Smith
Requestor's printed name(s)

/s/ Valerie Smith
Requestor's signature(s)

Bankruptcy Representative
Title