**Information to identify the case:**

Debtor 1: CHRISTOPHER DAHME

Debtor 2: MARTINE DAHME

United States Bankruptcy Court for the: EASTERN District of PA

Case number: 20-11352

# NOTICE OF ADDRESS CHANGE

BUREAUS INVESTMENT GROUP PORTFOLIO NO 15 LLC (hereinafter "Creditor") hereby gives notice that all presently held or future payments and/or correspondences to Creditor for the claims filed in this bankruptcy case should be sent to the following address:

☑ CHANGE IN NOTICE ADDRESS

| Prior Notice Address | New Notice Address |
| --- | --- |
| BUREAUS INVESTMENT GROUP PORTFOLIO NO 15 LLC<br><br>PO Box 41021<br><br>NORFOLK, VA 23541 | BUREAUS INVESTMENT GROUP PORTFOLIO NO 15 LLC<br><br>PO Box 788<br><br>Kirkland, WA 98083-0788 |

☑ CHANGE IN PAYMENT ADDRESS

| Prior Payment Address | New Payment Address |
| --- | --- |
| BUREAUS INVESTMENT GROUP PORTFOLIO NO 15 LLC<br><br>PO Box 41031<br><br>Norfolk, VA 23541 | BUREAUS INVESTMENT GROUP PORTFOLIO NO 15 LLC<br><br>PO Box 2489<br><br>Kirkland, WA 98083-2489 |

Claim No.: 15

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor.

Signed By: /s/ Adrianne Branca         Date: 08/14/2023

Authorized agent for Creditor

Print Name: Adrianne Branca