Certificate Number: 03621-PAE-DE-039315792

Bankruptcy Case Number: 20-11352



03621-PAE-DE-039315792

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 6, 2025, at 5:33 o'clock PM EST, Martine Dahme completed a course on personal financial management given by internet by Credit Card Management Services, Inc. d/b/a Debthelper.com, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   February 6, 2025            By:    /s/Ashley Bradley

                                     Name:  Ashley Bradley

                                     Title:  Credit Counselor