Certificate Number: 03621-PAE-DE-034466283

Bankruptcy Case Number: 20-11352



03621-PAE-DE-034466283

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 17, 2020, at 11:15 o'clock PM EDT, Christopher M Dahme completed a course on personal financial management given by internet by Credit Card Management Services, Inc. d/b/a Debthelper.com, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: May 18, 2020          By:     /s/Frances  Palenzuela

Name:  Frances  Palenzuela

Title:  Credit Counselor