United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-11352-amc |
| Christopher Dahme | Chapter 13 |
| Martine Dahme | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Apr 22, 2025 | Form ID: 138OBJ | Total Noticed: 50 |

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 24, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Christopher Dahme, Martine Dahme, 20 N. Malin Road, Broomall, PA 19008-1807 |
| 14646000 | + | Andrew Spivack, Brock and Scott, PLLC, Attorneys at Law, 302 Fellowship Road, Suite 130, Mount Laurel, NJ 08054-1218 |
| 14477114 | + | Collins Asset Group, Po Box 163614, Austin, TX 78716-3614 |
| 14646136 | + | Freedom Mortgage Corporation, Andrew Spivack, Brock and Scott, PLLC, Attorneys at Law, 302 Fellowship Road, Suite 130 Mount Laurel, NJ 08054-1218 |
| 14485344 | | Freedom Mortgage Corporation, C/o Mario J. Hanyon, Esq., 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 14806942 | + | PRA Receivables Management, LLC., Orion Portfolio Services, LLC, 10375 Old Alabama Rd Conn, Suite 302, Alpharetta, GA 30022-1119 |
| 14608841 | + | Township of Marple, c/o James R. Wood, Esquire, 2700 Horizon Drive, Suite 100, King of Prussia, PA 19406-2726 |
| 14538052 | | Township of Marple, 227 S. Sproul Road, Broomall, PA 19008-2397 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Apr 23 2025 01:48:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 23 2025 01:47:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14477110 | + | Email/Text: bk@avant.com | Apr 23 2025 01:48:00 | Avant Llc/web Bank, 222 N. Lasalle St, Chicago, IL 60601-1003 |
| 14504122 | + | Email/Text: famc-bk@1stassociates.com | Apr 23 2025 01:48:00 | Bank of Missouri, PO Box 89725, Sioux Falls, SD 57109-9725 |
| 14495880 | | Email/Text: bnc-thebureaus@quantum3group.com | Apr 23 2025 01:47:00 | Bureaus Investment Group Portfolio No 15 LLC, P O Box 788, Kirkland, WA 98083-0788 |
| 14477111 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 23 2025 01:58:00 | Capital One, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 14477112 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 23 2025 01:58:13 | Capital One Bank Usa N, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 14501317 | + | Email/Text: bankruptcy@cavps.com | Apr 23 2025 01:48:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14501742 | + | Email/Text: bnc@bass-associates.com | Apr 23 2025 01:47:00 | Collins Asset Group LLC., Bass & Associates, P.C., 3936 E. Ft. Lowell Rd., Suite 200, Tucson, AZ 85712-1083 |
| 14477115 | + | Email/Text: bankruptcy_notifications@ccsusa.com | | |

Case 20-11352-amc   Doc 76   Filed 04/24/25   Entered 04/25/25 00:33:56   Desc Imaged
Certificate of Notice   Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Apr 22, 2025 | Form ID: 138OBJ | Total Noticed: 50 |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Apr 23 2025 01:48:00 | Credit Coll, Po Box 710, Norwood, MA 02062-0710 |
| 14479804 | | Email/Text: mrdiscen@discover.com | Apr 23 2025 01:47:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14477116 | + | Email/Text: mrdiscen@discover.com | Apr 23 2025 01:47:00 | Discover Fin Svcs Llc, Pob 15316, Wilmington, DE 19850-5316 |
| 14477113 | | Email/Text: BNSFN@capitalsvcs.com | Apr 23 2025 01:47:00 | Ccs/first National Ban, 500 East 60th St North, Sioux Falls, SD 57104 |
| 14496597 | + | Email/Text: Bankruptcy@Freedommortgage.com | Apr 23 2025 01:47:00 | FREEDOM MORTGAGE CORPORATION, Bankruptcy Department,, 10500 KINCAID DRIVE, FISHERS IN 46037-9764 |
| 14558042 | ^ | MEBN | Apr 23 2025 01:44:09 | FREEDOM MORTGAGE CORPORATION, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14477118 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Apr 23 2025 01:58:08 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 14646001 | + | Email/Text: Bankruptcy@Freedommortgage.com | Apr 23 2025 01:47:00 | Freedom Mortgage, 11988 Exit 5 Parkway, Building 4, Fishers, IN 46037-7939 |
| 14477119 | + | Email/Text: Bankruptcy@Freedommortgage.com | Apr 23 2025 01:47:00 | Freedom Mortgage Corp, 907 Pleasant Valley Ave, Mount Laurel, NJ 08054-1210 |
| 14477120 | | Email/Text: Bkynotices@lendingpoint.com | Apr 23 2025 01:47:00 | Lendingpoint Llc, 1201 Roberts Boulevard, Kennesaw, GA 30144 |
| 14479670 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 23 2025 01:57:52 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14477121 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 23 2025 01:57:59 | Lvnv Funding Llc, C/o Resurgent Capital Services, Greenville, SC 29602 |
| 14487606 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 23 2025 01:58:03 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14477122 | + | Email/Text: bankruptcy@marinerfinance.com | Apr 23 2025 01:47:00 | Mariner Finance, 8211 Town Center Dr, Nottingham, MD 21236-5904 |
| 14477123 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 23 2025 01:57:59 | Merrick Bank Corp, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 14477124 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 23 2025 01:47:00 | Midland Credit Managem, 320 East Big Beaver, Troy, MI 48083-1271 |
| 14497279 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 23 2025 01:47:00 | Midland Credit Management, Inc., Po Box 2037, Warren MI 48090-2037 |
| 14496067 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 23 2025 01:47:00 | Midland Credit Management, Inc. as agent for, Asset Acceptance LLC, Po Box 2036, Warren MI 48090-2036 |
| 14477125 | + | Email/Text: mmrgbk@miramedrg.com | Apr 23 2025 01:48:00 | Miramedrg, 360 E. 22nd Street, Lombard, IL 60148-4924 |
| 14480879 | + | Email/PDF: cbp@omf.com | Apr 23 2025 01:57:50 | Onemain, PO Box 3251, Evansville, IN 47731-3251 |
| 14477126 | + | Email/PDF: cbp@omf.com | Apr 23 2025 01:57:53 | Onemain, Po Box 1010, Evansville, IN 47706-1010 |
| 14495462 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 23 2025 01:57:52 | Orion Portfolio Services II, LLC, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14497845 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 23 2025 01:58:08 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14494621 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 23 2025 01:48:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |

Case 20-11352-amc    Doc 76    Filed 04/24/25    Entered 04/25/25 00:33:56    Desc Imaged
Certificate of Notice    Page 3 of 5

| District/off: 0313-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Apr 22, 2025 | Form ID: 138OBJ | Total Noticed: 50 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| 14487738 | | Email/Text: bnc-quantum@quantum3group.com | Apr 23 2025 01:47:00 | Quantum3 Group LLC as agent for, Velocity Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14477127 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 23 2025 01:57:53 | Syncb/care Credit, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 14501220 | + | Email/Text: bncmail@w-legal.com | Apr 23 2025 01:48:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14477128 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Apr 23 2025 01:47:00 | Tbom/atls/fortiva Mc, Po Box 105555, Atlanta, GA 30348-5555 |
| 14477129 | + | Email/Text: famc-bk@1stassociates.com | Apr 23 2025 01:48:00 | Tbom/total Crd, Po Box 85710, Sioux Falls, SD 57118-5710 |
| 14477130 | + | Email/Text: bncmail@w-legal.com | Apr 23 2025 01:47:00 | Td Bank Usa/targetcred, Po Box 673, Minneapolis, MN 55440-0673 |
| 14490759 | + | Email/Text: documentfiling@lciinc.com | Apr 23 2025 01:47:00 | Tea Olive, LLC, PO BOX 1931, Burlingame, CA 94011-1931 |
| 14477131 | + | Email/Text: bnc-thebureaus@quantum3group.com | Apr 23 2025 01:47:00 | The Bureaus Inc, 650 Dundee Road, Northbrook, IL 60062-2757 |
| 14477132 | ^ | MEBN | Apr 23 2025 01:44:02 | Trident Asset Manageme, 10375 Old Alabama Road Co, Alpharetta, GA 30022-1119 |

TOTAL: 42

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14495452 | *+ | Mariner Finance, LLC, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 14477117 | ##+ | Enhanced Recovery Co L, Po Box 57547, Jacksonville, FL 32241-7547 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 24, 2025         Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 22, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor Freedom Mortgage Corporation andrew.spivack@brockandscott.com wbecf@brockandscott.com |
| CAMERON DEANE | on behalf of Debtor Christopher Dahme cdeane@weltman.com tkennedy@ymalaw.com |
| CAMERON DEANE | |

Case 20-11352-amc    Doc 76    Filed 04/24/25    Entered 04/25/25 00:33:56    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0313-2 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Apr 22, 2025 | Form ID: 138OBJ | Total Noticed: 50 |

| | |
|---|---|
| | on behalf of Joint Debtor Martine Dahme cdeane@weltman.com tkennedy@ymalaw.com |
| DENISE ELIZABETH CARLON | |
| | on behalf of Creditor Freedom Mortgage Corporation bkgroup@kmllawgroup.com |
| JAMES RANDOLPH WOOD | |
| | on behalf of Creditor Township of Marple jwood@portnoffonline.com jwood@ecf.inforuptcy.com |
| JEROME B. BLANK | |
| | on behalf of Creditor Freedom Mortgage Corporation jblank@pincuslaw.com mmorris@pincuslaw.com |
| KENNETH E. WEST | |
| | ecfemails@ph13trustee.com philaecf@gmail.com |
| MARIO J. HANYON | |
| | on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com mario.hanyon@brockandscott.com |
| PAUL H. YOUNG | |
| | on behalf of Joint Debtor Martine Dahme support@ymalaw.com ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com,lesliebrown.paralegal@gmail.com,cmccullough@ymalaw.com |
| PAUL H. YOUNG | |
| | on behalf of Debtor Christopher Dahme support@ymalaw.com ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com,lesliebrown.paralegal@gmail.com,cmccullough@ymalaw.com |
| STEPHEN R. STARKS | |
| | on behalf of Creditor Freedom Mortgage Corporation ryan.starks@brockandscott.com wbecf@brockandscott.com |
| THOMAS SONG | |
| | on behalf of Creditor Freedom Mortgage Corporation tomysong0@gmail.com |
| United States Trustee | |
| | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 13

*Form 138OBJ* (6/24)–doc 73 – 68

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
|   Christopher Dahme ) | Case No. 20−11352−amc |
| ) | |
| ) | |
|   Martine Dahme ) | Chapter: 13 |
| ) | |
|   Debtor(s). ) | |

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania
900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: April 22, 2025

For The Court

Timothy B. McGrath
Clerk of Court