United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 20-11352-amc
Christopher Dahme                                                          Chapter 13
Martine Dahme
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2                      User: admin                              Page 1 of 2
Date Rcvd: Aug 21, 2025                    Form ID: 195                        Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 23, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Christopher Dahme, Martine Dahme, 20 N. Malin Road, Broomall, PA 19008-1807 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 23, 2025                    Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 20, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor Freedom Mortgage Corporation andrew.spivack@brockandscott.com  wbecf@brockandscott.com |
| CAMERON DEANE | on behalf of Joint Debtor Martine Dahme cdeane@weltman.com  tkennedy@ymalaw.com |
| CAMERON DEANE | on behalf of Debtor Christopher Dahme cdeane@weltman.com  tkennedy@ymalaw.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor Freedom Mortgage Corporation bkgroup@kmllawgroup.com |
| JAMES RANDOLPH WOOD | on behalf of Creditor Township of Marple jwood@portnoffonline.com  jwood@ecf.inforuptcy.com |
| JEROME B. BLANK | |

on behalf of Creditor Freedom Mortgage Corporation jblank@pincuslaw.com  mmorris@pincuslaw.com

KENNETH E. WEST

ecfemails@ph13trustee.com  philaecf@gmail.com

MARIO J. HANYON

on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com  mario.hanyon@brockandscott.com

PAUL H. YOUNG

on behalf of Debtor Christopher Dahme support@ymalaw.com
ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com
,lesliebrown.paralegal@gmail.com,cmccullough@ymalaw.com

PAUL H. YOUNG

on behalf of Joint Debtor Martine Dahme support@ymalaw.com
ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com
,lesliebrown.paralegal@gmail.com,cmccullough@ymalaw.com

THOMAS SONG

on behalf of Creditor Freedom Mortgage Corporation tomysong0@gmail.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 12

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re:                                                    : Chapter 13

Christopher Dahme and Martine Dahme                       : Case No. 20−11352−amc
         Debtor(s)

### *ORDER*

_____

AND NOW, this day , August 20, 2025 , it appearing that the trustee in the above

entitled matter has filed his report and that the trustee has performed all other duties required

in the administration of the debtor(s) estate, it is


ORDERED that the trustee be discharged and relieved of any trust; and this case be, and

the same hereby is, closed.


By The Court

Ashely M. Chan
Chief Judge, United States Bankruptcy Court

Form 195